IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA ROGERS, | ) | |
| Plaintiff, | ) | |
| | ) | No. 00 CV 02227 |
| v. | ) | |
| | ) | JUDGE LEINENWEBER |
| CITY OF CHICAGO, | ) | |
| Defendant. | ) | |

PAID
Rec# 10617889
JAN 24 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF APPEAL

Notice is hereby given that Patricia Rogers, Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the United States District Court's decision granting summary judgment in favor of defendant, City of Chicago entered in this action on December 26, 2001.

RESPECTFULLY SUBMITTED,

PLAINTIFF PATRICIA ROGERS

BY: _____
Susan Bogart

Susan Bogart
Law Offices of Susan Bogart
30 North LaSalle Street
Suite 2900
Chicago, IL 60602
(312) 263-0900, ext. 7014

DOCKETED
JAN 25 2002

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that she caused to be served on counsel of record, June K. Ghezzi, Jones, Day, Reavis and Pogue, 77 W. Wacker Dr., Chicago, IL 60601 by first class mail, proper postage prepaid, on this 24th day of January, 2002 a copy of Plaintiff's Notice of Appeal.

*Susan Bogut*